FILED MAR 14 '08 11:23 USBCRI

LAW OFFICES OF
## CHARLES A. PISATURO, JR.
1055 ELMWOOD AVENUE
PROVIDENCE, RHODE ISLAND 02907
TELEPHONE (401) 274-3800
FACSIMILE (401) 751-6786
E-MAIL: cpisaturo@earthlink.net

CHARLES A. PISATURO, JR.
_____
Also admitted in MA

March 12, 2008

April Elderkin
Financial Administrator
United States Bankruptcy Court
For The District of Rhode Island
380 Westminster Mall, Suite 615
Providence, RI    02903

   RE: Michael Sparfven
     Chapter 7 BK No.  99-14615
     Our File No.  2949.20

Dear April:

  Checks have been distributed to creditors in this case, and more than ninety (90) days has elapsed since such distribution.

  Pursuant to Bankruptcy Code §347(a) and Bankruptcy Rule of Procedure 3001, I am enclosing herewith a Trustee's Report of Unclaimed Funds and a check for the total unclaimed funds, made payable to "Clerk, United States Bankruptcy Court".

  Please telephone with any questions or concerns.

       Very truly yours,

       CHARLES A. PISATURO, JR.

CAP/pam
Enclosures

c:\clients\2947 trustee\closed asset cases\sparfven 2947.20\case closing file\elderkin ltr 3-12-08.wpd

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:        MICHAEL F. SPARFVEN                    Chapter 7
                                                     BK No.  99-14615

              Debtor

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Pursuant to Bankruptcy Code §347 and Bankruptcy Rule of Procedure 3011, the Trustee

hereby submits the following report and list of the names and addresses of the entities to whom

dividend distributions in the form of checks have been made in this case and returned, or have

remained uncashed ro otherwise unclaimed more than ninety (90) days after issuance of such

checks, along with the amount of such distributions:

| Claimant's/Creditor's Name and Address | Payment/Dividend |
|---|---|
| State of New Jersey Division of Taxation PO Box 245 Trenton, NJ 08646 | $389.42 |
| Novarco, LTD. c/o Partridge Snow & Hahn 180 South Main Street Providence, RI  02903 | $3,687.34 |
| Criterion Industries Recycling Inc. c/o William Jacobson, Esq. 1100 Turks Head Building Providence, RI   02903 | $2,488.13 |
| Colwell Kennedy Australia Pty., LTD c/o James K. Ferrick, III 211 N. Broadway, Suite 3600 St. Louis, MO   63102 | $1,658.28 |

In Re:  Michael Sparfven                          Chapter 7                          99-14615
<u>TRUSTEE'S REPORT OF UNCLAIMED FUNDS</u>

Providence Washington Ins. Co.                        $738.63
Brown Rudnick Freed Gesmer
1 Providence Washington Plaza
Providence, RI   02903


Citizens Bank                                        $9,010.73
c/o Howard MacMillan
One Citizens Plaza
Providence, RI   02903


American Express Trust Co., Inc.                      $1,275.31
37 Sockanosset Crossroad
Cranston, RI   02920


Checks totaling $19,247.84, representing the total amount unclaimed as set forth above,

made payable to the Clerk, United States Bankruptcy Court, accompanies this report.


March 12, 2008

                                        CHARLES A. PISATURO, JR. (REG. NO. 4615)
                                        Trustee
                                        Law Offices of Charles A. Pisaturo, Jr.
                                        1055 Elmwood Avenue
                                        Providence, RI   02907
                                        TEL:   (401) 274-3800
                                        FAX:   (401) 751-6786


2

### UNITED STATES
### BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

# # 65666   - AO

## March 17. 2008
## 11:42:02

### REGISTRY
### 99-14615

Debtor.: MICHAEL F. SPARFVEN
Judge..: ARTHUR VOTOLATO
Trustee: Charles Pisaturo Jr.
Amount.:                    $19,247.84 CH
Check#.: 141

Total-> $19.247.84

FROM: CHARLES PISATURO

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

Unclaimed Funds

Date  03/12/2008      $ ******19,247.84

~~~Nineteen Thousand Two Hundred Forty-Seven Dollars and 84/100

Pay to the
Order of  Clerk, United States Bankruptcy Court
For The District of Rhode Island
380 Westminster Mall, Suite 615
Providence RI 02903

Charles A. Pisaturo Jr.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆000001411⑆ ⑈021000021⑈3127818 27666⑉